People of the State of Illinois, Defendant in Error, v. Jose Antonio Paz, Plaintiff in Error.

Gen. No. 49,499. 

First District, Third Division.

May 7, 1964.

Andrew J. Bootz, of Chicago, for plaintiff in error; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. Not to be published in full.